# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ADRIANA MARTINEZ,

    Plaintiff,

vs.

WILD CHERRY TRUCKING, INC., et al.,

    Defendants.

Case No. 3:20-CV-00394-RCJ-CLB

**ORDER**

Plaintiff filed this suit in Nevada state court, and Defendants Wild Cherry Trucking and James Dunnington subsequently filed a notice of removal. (ECF No. 1.) Plaintiff then moved for remand arguing, among other things, that Defendants did not have unanimous consent to removal. (ECF No. 11.) Removing Defendants filed a notice of non-opposition to Plaintiff's motion, explaining that they had believed consent was unanimous due to a prior experience with Defendant Carry-On Trailer's former counsel, but did not realize that Defendant Carry-On Trailer had hired new counsel. (ECF No. 12.) Defendant Carry-On Trailer filed a joinder to Plaintiff's motion to remand. (ECF No. 13.)

Under 28 U.S.C. § 1441(a), removal is available where a "civil action [is] brought in a State court of which the district courts of the United States have original jurisdiction." Under 28 U.S.C. § 1446(b)(2)(A), any "civil action . . . removed solely under section 1441(a)[] [requires] all defendants who have been properly joined and served . . . join in or consent to the removal of the action." Removing Defendants concede that there is not unanimous consent to the removal. This Court therefore grants Plaintiff's motion.

**CONCLUSION**

IT IS HEREBY ORDERED that Plaintiff's Motion to Remand (ECF No. 11) is GRANTED.

IT IS FURTHER ORDERED that this case shall be REMANDED to the Eighth Judicial District Court, Clark County, State of Nevada.

IT IS FURTHER ORDERED that the clerk of court shall close this case.

IT IS SO ORDERED.

Dated September 20, 2020.

_____
ROBERT C. JONES
United States District Judge